# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 9, 2009

139587

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

_____

In re ARIANA LEIGH DEMARCO, JOSEPH VICTOR DEMARCO, ADDISON LYNN-MARIE WADDELL, and HARLAND THOMAS-LOGAN SMITH, Minors.

_____

DEPARTMENT OF HUMAN SERVICES,
          Petitioner-Appellee,

v

KATHRYN DEMARCO,
          Respondent-Appellant,

and

WILLIAM WADDELL,
          Respondent.

_____/

SC: 139587
COA: 288682
Ingham CC Family Division:
08-000763-NA; 08-000764-NA;
08-000765-NA; 08-000818-NA

On order of the Court, the application for leave to appeal the August 4, 2009 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 9, 2009

_____
Clerk

s1006